ACCEPTED
13-14-00481-CV
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
2/10/2015 4:46:47 PM
DORIAN RAMIREZ
CLERK

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rules of Appellate Procedure 9.4(i)(3), I hereby certify

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
2/10/2015 4:46:47 PM
DORIAN E. RAMIREZ
Clerk

that the foregoing brief contains 2,702 words as computed by Microsoft Word 2013.

Respectfully submitted,

THOMAS J. HENRY, INJURY ATTORNEYS
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601


By: /s/Greggory A. Teeter
      Thomas J. Henry
      State Bar No. 09484210
      Gerggory A. Teeter
      State Bar No. 24033264
      Sherrie L. Williams
      State Bar No. 24088650
      **ATTORNEYS FOR APPELLEE**